**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELE ZACCO,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **UNITED AIRLINES, INC.; JOHN DOE;** | § | **CIVIL ACTION NO. 4:26-cv-4525** |
| **WORLWIDE FLIGHT SERVICES;** | § | |
| **SWISSPORT USA, INC.; SWISSPORT** | § | |
| **CARGO SERVICES, L.P.; AND AGI** | § | |
| **CARGO, LLC** | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT UNITED AIRLINES, INC.'S NOTICE OF REMOVAL**

TO THIS HONORABLE SAID COURT:

COMES NOW, UNITED AIRLINES, INC., by and through its attorneys, KMA ZUCKERT, LLP, hereby file this Notice of Removal of the above-entitled action to the United States District Court, Southern District of Texas, from the 11th Judicial District, in and for Harris County, Texas, Cause No. 2026-30861, where the action is now pending, pursuant to 28 U.S.C. §§ 1332,1441, and 1446 and respectfully states as follows:

**I.  NATURE OF ACTION**

1.      This is a personal injury action in which Plaintiff seeks recovery for alleged bodily injuries sustained on or about June 16, 2024.

2.      UNITED AIRLINES, INC. (hereinafter "United") is one of the Defendants in a civil action commenced by Plaintiff, Michele Zacco, in the 11th Judicial District in or for Harris County, Texas, under Cause No. 2026-30681.

1

3.      The state court action was commenced by filing of a Summons and a Complaint on May 7, 2026. A copy of the Summons and a Complaint is attached hereto as **Exhibit A**. United received a copy of the Summons and Complaint on May 14, 2026, via process server.

4.      Specifically, Plaintiff alleges that on June 14, 2024, he was working in Houston, Texas for Federal Express at George Bush International Airport ("IAH") when he was instructed to go to the cargo area. While in the cargo area, Plaintiff alleges an unknown person was driving a forklift, which hit Plaintiff allegedly causing injuries. *See* Ex. A. Plaintiff seeks damages for past and future mental anguish and physical pain; past and future physical impairment; loss of earning capacity; lost wages in the past; past and future medical expenses; and court costs. *Id.*

5.      No further proceedings or pleadings have been filed in the state court action, and United has been properly served in this action.

## II.  GROUNDS FOR REMOVAL

6.      Service of Plaintiff's Summons and Complaint on May 14, 2026, was United's initial notice of Plaintiff's Complaint and that the case is one which is or has become removable pursuant to 285 U.S.C. §§ 1332 and 1446(b)(1). This Notice of Removal is being filed within thirty (30) days after receipt of such documents and is timely under 28 U.S.C. §1446(b)(1).

7.      The United States District Court for the Southern District of Texas has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a), and this action may be removed by United pursuant to the provision of 28 U.S.C. §1441(a) because it is a civil action  where: (1) complete diversity of citizenship exists among the parties; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.      Complete diversity exists. There is complete diversity of citizenship between Plaintiff and the Defendants in this action pursuant to 28 U.S.C. §1332(a)(1) as follows:

a. Plaintiff provides in his Complaint that he currently and was at the time this action was commenced "an individual who resides in Fort Bend, Texas." See Ex. A.

b. United is a corporation incorporated under the law of the State of Delaware, with its principal place of business in the State of Illinois located at 233 S. Wacker Drive, Chicago, Illinois.

c. Defendant Swissport USA, LLC is organized under the law of the State of Delaware, with its principal place of business in the State of North Carolina located at 227 Fayetteville Street, 9th Floor, Raleigh, North Carolina. Swissport USA, LLC's member, is a citizen of California.

d. Defendant Swissport Cargo Services, LP is organized under the laws of the State of Delaware, with its principal place of business in the State of North Carolina located at 227 Fayetteville Street, 9th Floor, Raleigh, North Carolina. Swissport Cargo Services, L.P.'s general partner, is a citizen of California.

e. Defendant AGI Cargo, LLC is organized under the laws of the State of Delaware, with its principal place of business in the State of Missouri in the city of Kansas City, where its members are located.

f. Defendant Worldwide Flight Services, Inc. is incorporated under the laws of the State of New York, which its principal place of business located at 151 East hanger Road, Suite 361, John F. Kennedy International Airport, Jamaica, New York. Defendant Worldwide Flight Services was voluntarily dismissed from this cause of action.

g. Defendant John Doe is being sued under a fictitious name and thus, his citizenship shall be disregarded. See 28 U.S.C. § 1441(b)(1).

9. As evidenced, Plaintiff and all Defendants are therefore currently citizens of different states and have complete diversity as required by 28 U.S.C. §1332(a)(1). See *Martinez v. Pfizer Inc.*, 388 F. Supp. 3d 748, 761 (W.D. Tex. 2019) (noting that diversity jurisdiction is determined at the time of removal).

10. The Amount in Controversy Exceeds the Jurisdictional Amount. The amount in controversy exceeds $75,000.00 as required by 28 U.S.C. §1332(a)(1) for the following reasons, which are set forth in the Complaint:

    a. Plaintiff asserts in his Complaint that he seeks "monetary relief in excess of $1,000,000.00. See Ex. A.

    b. Plaintiff alleges that he has suffered injuries requiring him to incur past and future medical expenses, as well as past and future mental anguish and physical pain; past and future physical impairment; lost wages; loss of earning capacity; and court costs. See Ex. A.

11. Accordingly, it is apparent from the face of Plaintiff's Complaint that the amount in controversy exceeds the sum or value of $75,000.00, as required pursuant to 28 U.S.C. §1332(a)(1).

12. Based upon the foregoing, this Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 in that complete diversity of citizenship exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

13. Defendants United and AGI Cargo, LLC were named and properly served and have not been voluntarily dismissed. Defendant United and Defendant AGI Cargo, LLC consent to removal.

14.   Defendant Swissport USA, LLC and Swissport Cargo, L.P. have consented; however, Plaintiff has represented these defendants will be dismissed. Defendant Worldwide Flight Services has been voluntarily dismissed. See Defendants Consent to and Joinder in Notice of Removal, attached hereto as **Exhibit B.**

15.   United reserves the right to amend or supplement this Notice of Removal.

### III. COMPLIANCE WITH NOTICE REQUIREMENTS

16.   United will provide written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d), to Plaintiff via the Texas e-Filing System, as well as directly via the email designated as Plaintiff's counsel.

17.   A copy of this Notice of Removal will be file with Harris County Clerk, as required by 28 U.S.C. §1446(d), and also via the Texas e-Filing System.

18.   No previous application for the relief sought herein has been made to this or any other Court.

### IV. CONCLUSION

WHEREFORE, the Defendant, UNITED AIRLINES, INC., provides notice that the action pending in the 11th District Court in and for Harris County, Texas is hereby removed therefrom to this Court, and United requests this action proceed in this Court pursuant to its removal jurisdiction, 28 U.S.C. §1441 *et seq.*

Dated: June 8, 2026

Respectfully submitted,

**KMA ZUCKERT LLP**

*/s/  Jordan A. Carter*

RACHEL S. NEVAREZ
Texas State Bar No. 24140564
JORDAN A. CARTER

5

Texas State Bar No. 24116174

2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel. (312) 345-3000
Fax (312) 345-3119
Email : rnevarez@kmazuckert.com
Email : jcarter@kmazuckert.com

**ATTORNEYS FOR DEFENDANT
UNITED AIRLINES, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify under penalty of perjury that on June 2, 2026, I electronically filed the foregoing document with the Clerk of Court for the Southern District of Texas via the Court's CM/ECF, which will serve a copy upon all counsel of record. I also certify that a copy of the foregoing document was served via e-mail upon the following:

Anthony Malley
MALLEY LAW FIRM, PLLC
1485 Wellington Circle
Beaumont, Texas 77706
Tel: (409) 212-8888
Fax: (409) 212-8002
tony@malleylaw.com
team@malleylaw.com

ATTORNEY FOR PLAINTIFF
MICHELE ZACCO

*/s/  Jordan A. Carter*
Rachel S. Nevarez
Jordan A. Carter